**FILED**

UNITED STATES DISTRICT COURT    **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

APR – 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. |
| vs. | ) | |
| CAMRIN A. WALTON, | ) | **4:26CR00165-JMD/SPM** |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about February 15, 2026, in St. Louis County, within the Eastern District of Missouri,

**CAMRIN A. WALTON,**

the Defendant herein, did knowingly possess a machinegun.

In violation of Title 18, United States Code, Section 922(o) and punishable under Title 18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.    Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(o) as set forth above, the defendant(s) shall forfeit to the United States of America any firearms or ammunition involved in or used in said violation(s).

2.    If any of the property described above, as a result of any act or omission of

the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

PAUL J. D'AGROSA
Assistant United States Attorney